## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| MISTI BADGETT and JAY BADGETT, | CV-19-035-BLG-TJC |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| KELSEY JOHNSON, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 41), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Kelsey Johnson are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 26th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge